AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

OFFICE MAX INCORPORATED,

        Plaintiff,

V.

GCAN INSURANCE COMPANY,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 10-4472 (JRT/JJG)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
judgment shall be entered dismissing the Complaint and all claims asserted therein, are hereby **DISMISSED WITH PREJUDICE** and without costs to parties.

    January 2, 2013                                     RICHARD D. SLETTEN, CLERK
Date

                                                                    s/J. Zuech
                                               (By)                   J. Zuech    Deputy Clerk